AO 91 (Rev. 11/11) Criminal Complaint

FELONY

United States Courts
Southern District of Texas
FILED
*August 24, 2025*
Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Case No. 1:25-MJ-730 |
| | ) | |
| Cristina CASTILLO | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of August 22, 2025 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 111(a)(1) | forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties. |

This criminal complaint is based on these facts:

See Attachment A.

☐ Continued on the attached sheet.

*Complainant's Signature*

Jason Broughton Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed. R. Crim.P. 4.1., on:

**August 24, 2025**
*Date*

*Judge's signature*

Brownsville, Texas
*City and State*

Ignacio Torteya, III U.S. Magistrate Judge
*Printed name and title*

Attachment: A

1:25-MJ-730

On 08/22/2025, at approximately 0728hrs, Special Agents (SA's) from Homeland Security Investigations (HSI) were executing a federal arrest warrant at 2848 Glynwood Drive Brownsville, Texas 78526. All Special Agents were wearing external tactical armor issued by HSI, Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), and United States Border Patrol (USBP) and were clearly identified as federal agents and "Police." Special Agents approached an adult female United States citizen, Cristina CASTILLO, residing at the residence, hereafter referred to as the defendant, as she pulled into the driveway in a 2023 Honda sport utility vehicle. SA Hector Sosa made contact with the defendant advising her of the warrant and asked her if the subject of the warrant was inside the residence. The defendant stated she did not know where the subject was located despite the SAs observing the individual in the residence. While this interaction was occurring SAs were attempting to gain access to the side gate of the residence by removing a locking mechanism with a pair of bolt cutters. The defendant, upon observing this action, ran toward the agents and grabbed the bolt cutters pulling them away from the lock. The SA was able to break the defendant's grasp on the bolt cutters preventing her from injuring herself or another SA as she thrashed from side to side and screamed, "You can't go in there!" The defendant made physical contact with the agent with the bolt cutters, Supervisory SA Jack Stevens, pushing the agent with her hands and shoulders and physically blocking the access to the gate placing her entire body between the agent and gate. The defendant was repeatedly advised to move away from the gate as she grabbed the top of the gate and pushed agents away with her outstretched hands yelling at SAs. The defendant was again advised and shown a copy of the warrant to which she replied, "I don't believe you!" SA Jason Broughton and Deportation Officer (DO) Guadalupe Cantu wrestled to move the defendant as she actively resisted the agents by pulling away, pushing them with her shoulders and elbows, and screaming, "Help, call the police!" The defendant's actions were consistent with an attempt to alert the subject of the warrant inside the residence, providing an opportunity and window of time for the subject to evade law enforcement thus impeding the lawful execution of a federal criminal warrant. The subject was taken into custody and secured in handcuffs as SAs completed the execution of the arrest warrant that now required forced entry into the residence.

United States Courts
Southern District of Texas
FILED
*August 24, 2025*
Nathan Ochsner, Clerk of Court

*Signature*

Jason Broughton, Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed. R. Crim.P. 4.1., on:

**August 24, 2025**
*Date*

*Judge's Signature*

Ignacio Torteya III, U.S. Magistrate Judge