United States District Court
Southern District of Texas
**ENTERED**
August 25, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 1:25−mj−00730 |
| | § | |
| Cristina Castillo | § | |

**<u>ORDER APPOINTING COUNSEL</u>**

Because the above-named Defendant, Cristina Castillo, has testified under oath or has otherwise satisfied this Court that (s)he is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent this person in the above-designated case.

**Attorney appointed: Sara Stapleton Barrera**

The appointment **SHALL** remain in effect until terminated or a substitute attorney is appointed or makes an appearance herein on behalf of the Defendant.

DONE at Brownsville, Texas, on August 25, 2025.

Ignacio Torteya, III
United States Magistrate Judge