

U.S. Department of Justice

*United States Attorney*
*Southern District of Texas*

*U.S. Courthouse*  *Phone (956) 548-2554*
*600 E. Harrison, #201*  *Fax (956) 548-2711*
*Brownsville, Texas 78520*

Complaint dismissed on
October _____, 2025

_____
U. S. Magistrate Judge

Honorable Karen Betancourt
United States Magistrate Judge
Brownsville, Texas

    In re:  U. S. vs. <u>CRISTINA CASTILLO</u>

    Magistrate's Case No.  <u>B-25-730-MJ</u>

    Complaint filed on <u>August 24, 2025</u> before

    Magistrate Judge <u>Ignacio Torteya, III</u>

Dear Magistrate Judge Betancourt:

    We hereby request that you dismiss the complaint only as to the above-captioned Defendant for the reason that the Defendant has entered a guilty plea to Criminal Information No. B-25-005-MJ on October 3, 2025 and received a one (1) year probated sentence.

    Very truly yours,

    NICHOLAS J. GANJEI
    UNITED STATES ATTORNEY

    *s/ Victoria Aranda*
    VICTORIA ARANDA
    Assistant United States Attorney